STATE OF NEW JERSEY v. RAMONITA CRUZ.

January 31, 1978. Petition for certification denied.

W. A. C. AND B. E. M. v.
N. J. DIV. OF YOUTH & FAMILY SERVICES.

January 31, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. PHILIP FEINTUCH.

January 31, 1978. Appeal is dismissed on the Court's own motion for failure to present a substantial question as required by *R.* 2:2–1(a). (See 150 *N. J. Super.* 414)

STATE OF NEW JERSEY v. GEORGE BORGES.

February 3, 1978. Petition for certification is dismissed as having been improvidently granted. Justices Pashman and Clifford dissent. (See 74 *N. J.* 247)

JOHN F. CRYAN v. ANN KLEIN.

February 15, 1978. Petition for certification granted. (See 148 *N. J. Super.* 27)